# THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF GEORGIA
# ALBANY DIVISION

| | |
|---|---|
| CHARLES A. REHBERG, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CASE NO. |
| ) | |
| v. ) | 1:2007-CV-00022 (WLS) |
| ) | |
| JAMES P. PAULK, in his individual ) | |
| capacity; KENNETH B. HODGES, ) | |
| III, in his individual capacity; ) | |
| KENNETH B. HODGES, III, in his ) | |
| official capacity as District Attorney ) | |
| of Dougherty County KELLY R. ) | |
| BURKE, in his individual capacity; ) | |
| and DOUGHERTY COUNTY, ) | |
| ) | |
| Defendants. ) | |

## JOINT NOTICE OF INTERLOCUTORY APPEAL

Notice is hereby given that Defendants, by and through their respective attorneys, hereby jointly appeal to the United States District Court of Appeals for the Eleventh Circuit from the interlocutory order denying their respective motions to dismiss under FED. R. CIV. P. 12 based on absolute prosecutorial immunity, absolute testimonial immunity, and qualified immunity entered in this action on the 30th day of March, 2009 and docketed on the 31st day of March, 2009.

        Attorneys for Defendants Kenneth Hodges and Kelly Burke

| | |
|---|---|
| THURBERT E. BAKER<br>Attorney General | 033887 |
| KATHLEEN M. PACIOUS<br>Deputy Attorney General | 558555 |
| s/ Devon Orland<br>Devon Orland<br>Senior Assistant Attorney General | 554301 |
| s/ Michelle J. Hirsch<br>Michelle J. Hirsch<br>Assistant Attorney General | 357198 |

Communications To:

Devon Orland
40 Capitol Square, S.W.
Atlanta, GA 30334-1300
PH:  (404) 463-8850
FAX: (404) 651-5304
E-mail: dorland@law.ga.gov

        Attorney for Defendant James Paulk

        s/ John C. Jones
        John C. Jones      401250
        Attorney At Law

John C. Jones
248 Roswell Street
Marietta, GA 30060
PH: 770-427-8066
FAX: 770-426-9584
E-mail: jcjones1234@bellsouth.net

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day, the 13th day of April, I electronically submitted the foregoing **JOINT NOTICE OF INTERLOCUTORY APPEAL** to the Clerk of Court using the CM/ECF system which will automatically send electronic mail notification of such filing to counsel of record who are CM/ECF participants and mailed by U.S. Postal Service, first-class, postage prepaid, a paper copy of the same document to non-CM/ECF participants to the following:

>Bryan A. Vroon
>Vroon & Crongeyer
>1718 Peachtree Street, Suite 1088
>Atlanta, GA 30309
>
>John W. Crongeyer
>Vroon & Crongeyer
>1230 Peachtree Street, Suite 2450
>Atlanta, GA 30309
>
>John C. Jones
>248 Roswell Street
>Marietta, GA 30060
>
>s/ Michelle J. Hirsch
>Michelle J. Hirsch                    357198
>Assistant Attorney General

40 Capitol Sq. S.W.
Atlanta, GA 30334
Tel: (404) 463-8850
Fax: (404) 651-5304