# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

For rules and forms visit
www.ca11.uscourts.gov

April 21, 2009



John Custer Jones
Freeman, Mathis & Gray, LLP
100 GALLERIA PKWY SE STE 1600
ATLANTA GA 30339-5948

**Appeal Number: 09-11897-G**
Case Style: Charles A. Rehberg v. James V. Paulk
District Court Number: 07-00022 CV-WLS-1

**CIVIL APPEALS ARE GOVERNED BY <u>STRINGENT</u> PROCEDURES FOR REQUESTING EXTENSIONS OF TIME TO FILE BRIEFS AND RECORD EXCERPTS. RULES PROVIDE FOR <u>DISMISSAL WITHOUT FURTHER NOTICE</u> WHEN A BRIEF OR RECORD EXCERPTS IS NOT FILED OR CORRECTED WITHIN THE TIME PERMITTED. PLEASE SEE THE CIRCUIT RULES AT WWW.CA11.USCOURTS.GOV.**

The referenced case was docketed in this court on April 16, 2009. Please use the appellate docket number noted above when making inquiries. An appeal may be dismissed for failure to comply with the Federal Rules of Appellate Procedure and the rules of this court. Motions for extensions of time to file a brief are frowned upon by the court.

Pursuant to 11th Cir. R. 12-1, the record in this appeal was deemed completed and filed on the date the appeal was docketed in this court. Eleventh Circuit Rule 31-1 requires that APPELLANT'S BRIEF AND RECORD EXCERPTS BE SERVED AND FILED WITHIN FORTY (40) DAYS FROM THE DATE THE APPEAL WAS DOCKETED IN THIS COURT. This is the only notice you will receive concerning the due date for filing briefs and record excerpts. (In cross-appeals pursuant to Fed.R.App.P. 28(h), the party who first files a notice of appeal is the appellant unless the parties otherwise agree.) See Fed.R.App.P. 28, 30, 31 and 32, and the corresponding circuit rules, for further information on preparing briefs and record excerpts.

In addition to providing the required number of paper copies of briefs, all parties (except pro se parties) are required, additionally, to provide briefs in electronic format as described in 11th Cir. R. 31-5 and the enclosed instructions. Electronic briefs must be in Adobe Acrobat® PDF file format. The electronic brief must be completely contained in one PDF file, i.e., cover page through and including the certificate of service. The address wrapper accompanying this letter contains counsel's individual identification number (EDF ID) for electronic brief uploading. When uploading a brief for the first time, you will be prompted to register and create a password known only by you for all future uploads.

Attorneys who wish to participate in this appeal must be properly admitted either to the bar of this court or for this particular proceeding pursuant to 11th Cir. R. 46-1, et seq. An attorney not yet properly admitted must file an appropriate application for admission within fourteen (14) days from this date. In addition, all attorneys who wish to participate in this appeal must complete and return an appearance form within fourteen (14) days from this date. Application forms and appearance forms are available on the Internet at www.ca11.uscourts.gov. The clerk may not accept motions or other filings from an attorney until that attorney files an appearance form. See 11th Cir. R. 46-5.

11th Cir. R. 33-1(a)(1) requires appellant to file "with the clerk of the court of appeals, with service on all other parties, an original and one copy of a completed Civil Appeal Statement within 10 days after filing the notice of appeal in the district court." Civil Appeal Statement forms are available on the Internet at www.ca11.uscourts.gov and as provided by 11th Cir. R. 33-1(a)(4).

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Tonya Richardson (404) 335-6176

DKT-7-CIV (08-2008)

**PLEASE RETURN TO:**

FILED
U.S. DISTRICT COURT
MIDDLE GEORGIA
2009 APR 23 AM 11 10
_WKS_
DEPUTY CLERK

**UNITED STATES DISTRICT COURT**
OFFICE OF THE CLERK
MIDDLE DISTRICT OF GEORGIA
201 WEST BROAD AVENUE
Room 163
ALBANY, GEORGIA 31701

GREGORY J. LEONARD, Clerk
Telephone: (229) 430-8432
Facsimile: (229) 430-8538

OFFICES
ALBANY 31701
ATHENS 30601
COLUMBUS 31902
MACON 31202
VALDOSTA 31601

*U.S. COURT OF APPEALS RECEIVED CLERK APR 16 2009 ATLANTA, GA.*

April 14, 2009

Clerk, U.S. Court of Appeals, Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, GA 30303

USDC No. 1:07-CV-22 (WLS)
USCA No. **09-11897 GG**

In Re: Rehberg v. Paulk, et al.

Dear Clerk:

Enclosed are documents regarding an appeal in this matter. Please acknowledge receipt on the enclosed copy of this letter.

- ☒ Certified copy of notice of appeal, docket entries, judgment, and opinion/order appealed from, enclosed. If opinion/order was oral, please check box. ☐

- ☒ First Notice of Appeal: ☒ Yes   ☐ No

- ☒ There was no hearing from which a transcript can be made.

- ☒ The appellate docket fee has been paid: ☒ Yes ☐ No
  Date Paid: April 13, 2009

- ☐ Appellant has been granted/denied leave to appeal *in forma pauperis* (copy of order granting/denying IFP and/or Certificate of Appealability is enclosed).

- ☐ An appeal bond has been posted   ☐ Cost Bond ☐ Supersedeas Bond

- ☒ The judge appealed from is Judge Sands

- ☐ The court reporter is

- ☐ This is an appeal of a bankruptcy order. Bankruptcy order appealed from and a copy of bankruptcy docket enclosed. Bankruptcy Judge is

- ☐ This is a DEATH PENALTY appeal.

Sincerely,

Gregory J. Leonard, Clerk

S/ Brenda J. Littleton
Deputy Clerk